UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KELLY FREELAND, et al., | |
|---|---|
| Plaintiffs. | Case No. 24-cv-07270-JCS |
| v. | **ORDER TO SHOW CAUSE** |
| AHMC ANAHEIM REGIONAL MEDICAL, et al., | |
| Defendants. | |

The Court scheduled a case management conference in this case to occur via Zoom webinar on **January 14, 2026**. *See* dkt. no. 11. Plaintiff did not appear. Accordingly, IT IS ORDERED that Plaintiff appear on **February 18, 2026 at 2:00 p.m.** before Magistrate Judge Joseph C. Spero, by Zoom webinar (id. 161 926 0804, password: 050855) and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference, failure to prosecute, and failure to comply with the Court's Order of October 3, 2025. A case management conference is also scheduled for **February 18, 2026 at 2:00 p.m.** by Zoom webinar (id. 161 926 0804, password: 050855).

IT IS SO ORDERED.

Dated: January 15, 2026

JOSEPH C. SPERO
United States Magistrate Judge